IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPH GARCIA,

       **Plaintiff,**

vs.

                                            **No. CIV 16-1294 KG/CG**

**BERNALILLO COUNTY ex rel.**
**METROPOLITAN DETENTION CENTER et al.,**

       **Defendants.**

<u>CLERK'S ORDER SETTLING COSTS</u>

THE CLERK, pursuant to Rule 54 of the Local Rules of Civil Procedure for the United States District Court, District of New Mexico, effective January 1, 2012, and after reviewing Defendant's Motion for Bill of Costs and Memorandum in Support of the Motion for Bill of Costs, (Docs. 33 and 34), filed July 12, 2017, finds as follows:

Pursuant to D.N.M.LR-Civ 7.1(b), Plaintiff's failure to respond to Defendants' Motion for Bill of Costs constitutes consent to grant the motion.

**IT IS HEREBY ORDERED** that Defendants' Motion for Bill of Costs is granted.

**ACCORDINGLY**, costs are taxed against Plaintiff and in favor of Defendants in the amount of $932.68. Application for review by the Court, if desired, shall be made within seven (7) days of this order.

_____
UNITED STATES DISTRICT JUDGE